UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| | * | |
| VERSUS | * | NO. 15-564 |
| | * | |
| RAMON DE LA CERDA, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING, *JOINT MOTION TO RECUSE ASSISTANT UNITED STATES ATTORNEY ANIBAL ALANIZ*, **IT IS HEREBY ORDERED** that the Motion is:

\_\_\_ Granted. Accordingly, the Court orders that Attorney Alaniz shall be removed as counsel for the Government in this matter.

\_\_\_ Granted in part. Accordingly, the Court orders the Government to obtain and disclose any additional evidence with bearing on the potential conflict arising from Attorney Alaniz's representation of Mike Bueno or any other bases for recusal. An evidentiary hearing on this motion shall be set for the \_\_\_ day of _____, 2020, at \_\_\_\_\_.

DONE AND SIGNED, Houston, TX, this _____ day of _____, 2022.

_____
HON. SIM LAKE
UNITED STATES DISTRICT JUDGE