CAUSE NO. CR-132-91-F

| THE STATE OF TEXAS | § | IN THE 332 DISTRICT COURT |
|---|---|---|
| VS | § | OF |
| MIKE BUENO | § | HIDALGO COUNTY, TEXAS |

## APPOINTMENT OF COUNSEL

The Defendant, being duly sworn, says the following: I am the Defendant in the above entitled and numbered cause, and I am too poor to employ counsel and request that the Court appoint counsel for me. In support of my claim of indigency, I would respectfully show the Court that I own the following property of value indicated:

REAL PROPERTY (Land, house, farm, etc...)  VALUE
None

PERSONAL PROPERTY  VALUE
None

Presently employed by _____ in the city of _____
Salary: _____ per hour/week/month. UNEMPLOYED ✓   Live with MOTHER
D/O/B 9/13/71   Marital Status: SINGLE   Age: 19   Number in family: 8
Speaks English: ✓ Yes ___ No   Date of Arrest: APRIL 17, 1991   Arresting Agency: _____
In Jail/Out on Bond.   Offense: CRIMINAL MISCHIEF O/750 U $20,000
Amount of Bond: _____
Court Settings: ARRAIGNMENT

Mike Bueno
Defendant's Signature            Address  PHARR, TX

SWORN TO AND SUBSCRIBED BEFORE ME the _____ day of _____ 19___ to certify which witness my hand and seal of office.

_____
Deputy District Clerk for Hidalgo County, Texas

On this the 10 day of MAY 19 91, I hereby appoint the Honorable ANIBAL T. ALANIZ attorney for the Defendant in the above entitled and numbered cause.

Signed and Entered on this the 10 day of MAY 19 91.

Judge, 332nd District Court Hidalgo County, Texas