Exhibit B

ORIGINAL

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Hidalgo, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the January Term A.D. 1991 of the 139th Judicial District Court for said County, upon their oaths present in and to said court at said term that MIKE BUENO hereinafter styled Defendant, on or about the 15th day of June A.D., 1990, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there intentionally and knowingly damage and destroy tangible property, to- wit:  one (1) Pontiac automobile by shooting the automobile with a firearm, without the effective consent of Blanca Solis, and did then and there cause pecuniary loss in the amount of more than $750.00 but less than $20,000.00;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREPERSON OF THE GRAND JURY

No. CR- 132-91-F    Arrest Date: 7/18/90    Agency:    PHARR PD

By: DM   Case No.    I-90-1676    Bond: $ 5,000 O.K.R.L.L.

State of Texas vs. MIKE BUENO
Charge   CRIMINAL MISCHIEF O/$750 & U/$20,000

FILED
AT 11:55 O'CLOCK    M

FEB 2 1 1991

PAULINE G. GONZALEZ, CLERK
District Courts, Hidalgo County
By _____ Deputy

#15347