CAUSE NUMBER CR-0132-91-F

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 332 DISTRICT COURT |
| VS. | X | OF |
| MIKE BUENO | X | HIDALGO COUNTY, TEXAS |

## WAIVER OF JURY

COMES NOW the Defendant in person and in open Court, and joined by his attorney and counsel for the State, waives the right to trial by jury in accordance with Art. 1.13 C.C.P. This waiver is made with the consent of the Court.

Signed on the 28th day of October, 1991.

_____         _____
DEFENDANT                                COUNSEL FOR THE STATE

_____         _____
ATTORNEY FOR DEFENDANT                   JUDGE PRESIDING

## APPLICATION FOR PROBATION

In the event that the punishment assessed does not exceed 10 years in the Institutional Division of the Texas Department of Criminal Justice, the Defendant moves that probation be granted of the term assessed.

Signed on the 28th day of October, 1991.

_____
DEFENDANT

## WAIVER OF PRE-SENTENCE INVESTIGATION

COMES NOW the Defendant in person, and in open Court, joined herein by his Attorney and by Counsel for the State, and requests that a pre-sentence investigation and report not be made. This request is made with the consent and approval of the Court.

Signed on the _____ day of _____, 1991.

_____         _____
DEFENDANT                                COUNSEL FOR THE STATE

_____         _____
ATTORNEY FOR DEFENDANT                   JUDGE PRESIDING

CAUSE NUMBER  CR-0132-91-F

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 332d DISTRICT COURT |
| VS. | X | OF |
| MIKE BUENO | X | HIDALGO COUNTY, TEXAS |

### STIPULATION OF EVIDENCE

COMES NOW the undersigned defendant in the above entitled and numbered cause, in writing and in open court, and consents to the stipulation of evidence in this case and in so doing expressly waives the appearance, confrontation and cross examination of witnesses. I further consent to the introduction of testimony by oral stipulation, affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self incrimination and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

That I, MIKE BUENO, on JUNE 15, 1990, in Hidalgo County, Texas, did then and there intentionally and knowingly damage and destroy tangible property, to-wit: one (1) Pontiac automobile by shooting the automobile with a firearm, without the effective consent of Blanca Solis, and did then and there cause pecuniary loss in the amount of more than $750.00 but less than $20,000.00.

_____
DEFENDANT

Sworn to and subscribed before me the undersigned authority on the 28th day of October, 1991.

_____
DEPUTY DISTRICT CLERK
HIDALGO COUNTY, TEXAS

APPROVED:

_____
ATTORNEY FOR DEFENDANT

APPROVED BY COURT:

_____
JUDGE PRESIDING