COUNTY AUDITOR'S FORM SFA-CA-025
HIDALGO COUNTY, TEXAS (REV. 11/87)

Exhibit E

# ATTORNEY FEES EXPENSE CLAIM

UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE AS AMENDED

**INSTRUCTIONS**
1. SHOW ONLY ONE DEFENDANT AND TYPE OF CASE PER CLAIM.
2. BEFORE PAYMENT CAN BE AUTHORIZED, EACH ITEM MUST BE COMPLETED LEGIBLY IN INK.
3. FOR INVESTIGATIONS, PAID BILLS MUST BE SUBMITTED BY THE ATTORNEY FOR EXPENSES CLAIMED.
4. FORWARD COMPLETED CLAIM TO THE PRESIDING JUDGE FOR APPROVAL.
5. TIME CHARGES SHOULD BE ROUNDED TO THE NEAREST QUARTER (¼) HOUR.

**COURT NUMBER:** 332nd

## COURT APPEARANCE INFORMATION

**DEFENDANT:** Mike Bueno

**CASE NUMBERS:** CR-132-91-F

| TYPE OF CASE | HOURLY RATE | NUMBER OF COURT HOURS | AMOUNT |
|---|---|---|---|
| OUT OF COURT HOURLY RATE (Show detail of hours) | $40 | 4.25 | $170.00 |
| IN COURT HOURLY RATE (Show detail of hours) | 70 | 1.0 | 70.00 |
| INVESTIGATION/EXPERT TESTIMONY (with prior court approval attached) | | | |
| APPEALS AND WRITS - OUT OF COURT | 40 | | |
| - IN COURT | 70 | | |
| * NOTE: Total fee not to exceed $500.00 without prior court approval. Attach approval order. | TOTAL | 5.25 | TOTAL $240.00 |

DATES, TIME, AND TYPE OF WORK IN AND OUT OF COURT.

| DATE | TYPE OF WORK | IN COURT HOURS | OUT OF COURT HOURS |
|---|---|---|---|
| 5/13/91 | Jail Visit | | 1.25 |
| 5/20/91 | PT Hearing | 0.5 | |
| 6/6/91 | Jail Visit | | 1.0 |
| 6/24/91 | PT Hearing | 0.5 | |
| 7/5/91 | T/C Prosecutor | | 0.25 |
| 7/17/91 | Jail Visit | | 0.75 |
| 7/28/91 | Jail Visit | | 1.0 |
| | Total Hours In & Out of Court | 1.0 | 4.25 |

If additional space is needed, use continuation sheet.

## PERSONAL INFORMATION

SOCIAL SECURITY NUMBER: [redacted]
TELEPHONE NUMBER: (512) [redacted]
BAR CARD NUMBER: 00966600
MAILING ADDRESS: [redacted]

## CERTIFICATION

I, Anibal J. Alaniz, Attorney at Law, swear or affirm to the Court and to the County Auditor, that the information contained above is true and correct, and payment would not be contrary to the fee schedule adopted by the Board of Judges pursuant to Article 26.05 Code of Criminal Procedure effective September 1, 1987. I further swear or affirm that I have not received nor will I receive any other money or anything else of value for representing the accused, and I further affirm or swear that I have not submitted duplicate time charges for the same hours charged in any other case.

_____ Attorney at Law (Signature)

THE 19th DAY OF November A.D. 19 91

Approved: _____
Presiding Judge (Signature)
332ND COURT NUMBER

**FOR USE OF AUDITOR'S OFFICE ONLY**

Approved: _____ County Auditor   Approved: _____ County Judge

Account No. 010-412.300.43

1 White - Auditor   2 Yellow - Court   3 Pink - Attorney