ORIGINAL
EXHIBIT

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

THE GRAND JURY, for the County of Hidalgo, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the July Term A.D. 1991 of the 332nd Judicial District Court for said County, upon their oaths present in and to said court at said term that MIKE BUENO hereinafter styled Defendant, on or about the 17th day of April A.D., 1991, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there intentionally and knowingly appropriate by acquiring and otherwise exercising control over property other than real property, to-wit: one (1) Chevrolet pick-up truck of the total value of $750.00 and more but less than $20,000.00, from the owner, Mark Campbell, without the effective consent of the owner, and with intent to deprive the said owner of said property;

COUNT TWO

THE GRAND JURY, for the County of Hidalgo, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the July Term A.D. 1991 of the 332nd Judicial District Court for said County, upon their oaths present in and to said court at said term that MIKE BUENO hereinafter styled Defendant, on or about the 17th day of April A.D., 1991, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there, intentionally and knowingly, operate a motor vehicle, to wit: one (1) Chevrolet pick-up truck, without the effective consent of the owner, Mark Campbell;

COUNT THREE

THE GRAND JURY, for the County of Hidalgo, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the July Term A.D. 1991 of the 332nd Judicial District Court for said County, upon their oaths present in and to said court at said term that MIKE BUENO hereinafter styled Defendant, on or about the 17th day of April A.D., 1991, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there intentionally, knowing said property was stolen by another, appropriate by acquiring and otherwise exercising control over said property which was stolen, to-wit: one (1) Chevrolet pickup truck of the value of $750.00 and more but less than $20,000.00 from another, with intent to deprive the owner, Mark Campbell of said property;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREPERSON OF THE GRAND JURY

No. CR-_____   Arrest Date: 4/22/91   Agency: HSO
By: DM   Case No. 91-1099   Bond: $ 25,000-CT.1
NO-ARREST CT. 2, 3
State of Texas vs. MIKE BUENO
Charge   THEFT (O/$750 & U/$20000-CT.1
         UNAUTHORIZED USE OF VEHICLE-CT. 2
         THEFT OF STOLEN PROPERTY O/$750 & U/$20,000, CT. 3

FILED JUL 17 1991

#153471