**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

THE GRAND JURY, for the County of Hidalgo, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the July Term A.D. 1991 of the 332nd Judicial District Court for said County, upon their oaths present in and to said court at said term that MIKE BUENO hereinafter styled Defendant, on or about the 17th day of April A.D., 1991, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there intentionally and knowingly commit an act clearly dangerous to human life, to-wit: the said defendant while then and there driving a motor vehicle at speeds in excess of the speed limit of fifty five (55) miles per hour, in a attempt to elude a peace officer, disregarded a posted stop sign causing the motor vehicle he was driving to strike a motor vehicle operated by Artemio Falcon Lopez, the victim, and said collision caused the death of an individual, namely, Artemio Falcon Lopez, and the said defendant was then and there in the course of the intentional and knowing commission of the offense of a felony, to-wit: unauthorized use of a motor vehicle, by intentionally and knowingly operating a motor vehicle, to-wit, a Chevrolet pickup truck, without the effective consent of the owner, Mark Campbell;

AND THE GRAND JURORS AFORESAID, upon their said oaths, in said Court, at said term do further present that MIKE BUENO, on or about the 17th day of April, 1991, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there intentionally and knowingly commit an act clearly dangerous to human life, to-wit: the said defendant while then and there driving a motor vehicle at speeds in excess of the speed limit of fifty five (55) miles per hour, in an attempt to elude a peace officer, disregarded a posted stop sign causing the motor vehicle he was driving to strike a motor vehicle operated by Artemio Falcon Lopez, the victim and collision caused the death of an individual, namely, Artemio Falcon Lopez, the victim, and the said defendant was then and there in the course of the intentional and knowing commission of the offense of a felony, to-wit: theft of stolen property by then and there intentionally, knowing said property was stolen by another, appropriate by acquiring and otherwise exercising control over said property, which was stolen, to-wit: one (1) Chevrolet pickup truck of the value of $750.00 and more but less than $20,000.00 from another, with intent to deprive the owner, Mark Campbell of said property;

AND THE GRAND JURORS AFORESAID, upon their said oaths, in said Court, at said term do further present that MIKE BUENO, on or about the 17th day of April, 1991, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there intentionally and knowingly commit an act clearly dangerous to human life, to-wit: the said defendant while then and there driving a motor vehicle at speeds in excess of the speed limit of fifty five (55) miles per hour, in a attempt to elude a peace officer, disregarded a posted stop sign causing the motor vehicle he was driving to strike a motor vehicle operated by Artemio Falcon Lopez, the victim and said collision caused the death of an individual, namely, Artemio Falcon Lopez, the victim, and the said defendant was then and there in the course of the intentional and knowing commission of the offense of a felony, to-wit: theft by then and there intentionally and knowingly appropriate by acquiring and otherwise exercising control over property, other than real property, to-wit: one (1) Chevrolet pickup truck of the total value of $750.00 and more but less than $20,000.00 from the owner, Mark Campbell, without the effective consent of the owner and with the intent to deprive the said owner of said property;

Exhibit G

COUNT TWO

THE GRAND JURY, for the County of Hidalgo, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the July Term A.D. 1991 of the 332nd Judicial District Court for said County, upon their oaths present in and to said court at said term that MIKE BUENO hereinafter styled Defendant, on or about the 17th day of April A.D., 1991, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there recklessly cause the death of an individual, Artemio Falcon Lopez, the victim, to-wit: the said defendant while then and there driving a stolen motor vehicle at speeds in excess of the speed limit of fifty five (55) miles per hour, in an attempt to elude a peace officer, disregarded a posted stop sign causing the motor vehicle he was driving to strike a motor vehicle operated by Artemio Falcon Lopez, the victim;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREPERSON OF THE GRAND JURY

No. CR- 895-91-F    Arrest Date: 4/22/91    Agency: HSO

By: dm    Case No. 91-1093    Bond: $ 150,000-CT.1    Cash or surety n.e.e.
                              NO-ARREST-CT.2 $10,000.    "    "    "    n.e.e.

State of Texas vs. MIKE BUENO
Charge    MURDER-CT.1
         INVOLUNTARY MANSLAUGHER-CT.2

FILED
5:10 M. O'CLOCK
JUL 17 1991
PAULINE G. GONZALEZ, CLERK
DISTRICT COURT, HIDALGO COUNTY
BY _____ DEPUTY

#153471