CAUSE NUMBER CR-888-91-F (COUNT ONE)

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE <u>332ND</u> DISTRICT COURT |
| VS. | X | OF |
| MIKE BUENO | X | HIDALGO COUNTY, TEXAS |

### WAIVER OF JURY

COMES NOW the Defendant in person and in open Court, and joined by his attorney and counsel for the State, waives the right to trial by jury in accordance with Art. 1.13 C.C.P. This waiver is made with the consent of the Court.

Signed on the 28th day of October, 1991.

_____        _____
DEFENDANT                               COUNSEL FOR THE STATE

_____        _____
ATTORNEY FOR DEFENDANT                  JUDGE PRESIDING

### APPLICATION FOR PROBATION

In the event that the punishment assessed does not exceed 10 years in the Institutional Division of the Texas Department of Criminal Justice, the Defendant moves that probation be granted of the term assessed.

Signed on the 28th day of October, 1991.

_____
DEFENDANT

### WAIVER OF PRE-SENTENCE INVESTIGATION

COMES NOW the Defendant in person, and in open Court, joined herein by his Attorney and by Counsel for the State, and requests that a pre-sentence investigation and report not be made. This request is made with the consent and approval of the Court.

Signed on the _____ day of _____, 1991.

_____        _____
DEFENDANT                               COUNSEL FOR THE STATE

_____        _____
ATTORNEY FOR DEFENDANT                  JUDGE PRESIDING

CAUSE NUMBER CR-895-91-F (COUNT ONE)

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 33rd DISTRICT COURT |
| VS. | X | OF |
| MIKE BUENO | X | HIDALGO COUNTY, TEXAS |

## WAIVER OF JURY

COMES NOW the Defendant in person and in open Court, and joined by his attorney and counsel for the State, waives the right to trial by jury in accordance with Art. 1.13 C.C.P. This waiver is made with the consent of the Court.

Signed on the 28th day of October, 1991.

/s/ Mike Bueno
DEFENDANT

ATTORNEY FOR DEFENDANT

COUNSEL FOR THE STATE

JUDGE PRESIDING

## APPLICATION FOR PROBATION

In the event that the punishment assessed does not exceed 10 years in the Institutional Division of the Texas Department of Criminal Justice, the Defendant moves that probation be granted of the term assessed.

Signed on the 28th day of October, 1991.

/s/ Mike Bueno
DEFENDANT

## WAIVER OF PRE-SENTENCE INVESTIGATION

COMES NOW the Defendant in person, and in open Court, joined herein by his Attorney and by Counsel for the State, and requests that a pre-sentence investigation and report not be made. This request is made with the consent and approval of the Court.

Signed on the _____ day of _____, 1991.

DEFENDANT

ATTORNEY FOR DEFENDANT

COUNSEL FOR THE STATE

JUDGE PRESIDING

CAUSE NUMBER CR-895-91-F (COUNT ONE)

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 332nd DISTRICT COURT |
| VS. | X | OF |
| MIKE BUENO | X | HIDALGO COUNTY, TEXAS |

### STIPULATION OF EVIDENCE

COMES NOW the undersigned defendant in the above entitled and numbered cause, in writing and in open court, and consents to the stipulation of evidence in this case and in so doing expressly waives the appearance, confrontation and cross examination of witnesses. I further consent to the introduction of testimony by oral stipulation, affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self incrimination and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

That I, MIKE BUENO, on APRIL 17, 1991, in Hidalgo County, Texas, did then and there intentionally and knowingly commit an act clearly dangerous to human life, to-wit: I, while then and there driving a motor vehicle at speed in excess of the speed limit of fifty five (55) miles per hour, in a attempt to elude a peace officer, disregarded a posted stop sign causing the motor vehicle I was driving to strike a motor vehicle operated by Artemio Falcon Lopez, the victim, and said collision caused the death of an individual, namely Artemio Falcon Lopez, and I, was then and there in the course of the intentional and knowing commission of the offense of a felony, to wit: unauthorized use of a motor vehicle, by intentionally and knowingly operating a motor vehicle, to-wit: a chevrolet pickup truck, without the effective consent of the owner, Mark Campbell.

_Mike Bueno_
DEFENDANT

Sworn to and subscribed before me the undersigned authority on the 28th day of October, 1991.

_[signature]_
DEPUTY DISTRICT CLERK
HIDALGO COUNTY, TEXAS

APPROVED:

_[signature]_
ATTORNEY FOR DEFENDANT

APPROVED BY COURT:

_[signature]_
JUDGE PRESIDING