CAUSE NO. CR 895-91-F

THE STATE OF TEXAS

VS.

Mike Bueno

( )

( )

( )

COUNTY COURT AT LAW _____

or

332nd DISTRICT COURT OF

HIDALGO COUNTY, TEXAS

## ORDER OF COMMITMENT

TO THE SHERIFF OF HIDALGO COUNTY, TEXAS:   GREETING

By Order of the Court on the **20th** day of **December**, A.D. 19**91**, the following action is directed in the above styled and numbered cause:

☐ Defendant's bond set at $_____ pending _____.
  Defendant is remanded to the Sheriff.

☐ Defendant's bond raised to $_____ pending _____
  Defendant is remanded to the Sheriff.

☐ Defendant's bond reduced to $_____ pending _____
  Defendant is remanded to the Sheriff.

☐ Defendant's bond to remain at $_____ pending _____
  Defendant is remanded to the Sheriff.

☐ Defendant is remanded to the Sheriff without bond pending _____

☑ Defendant sentenced to **30** years in the Texas Department of Corrections. Defendant remanded to the Sheriff to transfer to the Texas Department of Corrections.

☐ Defendant committed to jail for _____ days as condition of his probation without good time or credit. Defendant is remanded to the Sheriff.

☐ Defendant sentenced to _____ (Days, Months, Years) in the Hidalgo County Jail with _____ days credit. Defendant is remanded to the Sheriff.

☑ Credit for 247

You are hereby ordered to take and keep in your custody the above named defendant and to follow the directions of the Court. The defendant is to be released either upon serving his time in jail as directed by the Court or upon execution of a good and sufficient bond, except that bonds pending appeal must be approved by the Court.

SIGNED this **20th** day of **December**, A.D. 19**91**, at **10:10** o'clock **a** M.

Theft
0/750 ç
w/ 20,000

Exhibit J

CAUSE NO. CR 888-91-F Cnt 1

( )                                    COUNTY COURT AT LAW _____

THE STATE OF TEXAS                                              or

VS.                              ( )            332nd DISTRICT COURT OF

Mike Bueno _____          ( )            HIDALGO COUNTY, TEXAS

## ORDER OF COMMITMENT

TO THE SHERIFF OF HIDALGO COUNTY, TEXAS:     GREETING

By Order of the Court on the 20th day of December _____, A.D. 19 91, the following action is directed in the above styled and numbered cause:

☐ Defendant's bond set at $_____ pending _____.
  Defendant is remanded to the Sheriff.

☐ Defendant's bond raised to $_____ pending _____
  Defendant is remanded to the Sheriff.

☐ Defendant's bond reduced to $_____ pending _____
  Defendant is remanded to the Sheriff.

☐ Defendant's bond to remain at $_____ pending _____
  Defendant is remanded to the Sheriff.

☐ Defendant is remanded to the Sheriff without bond pending _____

☑ Defendant sentenced to __10yrs__ years in the Texas Department of Corrections. Defendant remanded to the Sheriff to transfer to the Texas Department of Corrections.

☐ Defendant committed to jail for _____ days as condition of his probation without good time or credit.
  Defendant is remanded to the Sheriff.

☐ Defendant sentenced to _____ (Days, Months, Years) in the Hidalgo County Jail with _____ days credit. Defendant is remanded to the Sheriff.

☑ Credit for 247 days
    concurrent w/ CR-895-91-F + CR 132-91-F

You are hereby ordered to take and keep in your custody the above named defendant and to follow the directions of the Court. The defendant is to be released either upon serving his time in jail as directed by the Court or upon execution of a good and sufficient bond, except that bonds pending appeal must be approved by the Court.

SIGNED this 20th day of December _____, A.D. 19 91, at 10:00 o'clock A. M.

_____
JUDGE PRESIDING

DISTRIBUTION:
Original & Copy to Sheriff
**Original to be returned to Clerk after Return is Made)**
**Copy to Case**