COUNTY AUDITOR'S FORM SFA-CA-025
HIDALGO COUNTY, TEXAS (REV. 11/87)

# ATTORNEY FEES EXPENSE CLAIM

UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE AS AMENDED

**INSTRUCTIONS**
1. SHOW ONLY ONE DEFENDANT AND TYPE OF CASE PER CLAIM.
2. BEFORE PAYMENT CAN BE AUTHORIZED, EACH ITEM MUST BE COMPLETED LEGIBLY IN INK.
3. FOR INVESTIGATIONS, PAID BILLS MUST BE SUBMITTED BY THE ATTORNEY FOR EXPENSES CLAIMED.
4. FORWARD COMPLETED CLAIM TO THE PRESIDING JUDGE FOR APPROVAL.
5. TIME CHARGES SHOULD BE ROUNDED TO THE NEAREST QUARTER (¼) HOUR.

**COURT NUMBER:** 332 nd

## COURT APPEARANCE INFORMATION

**DEFENDANT:** Mike Bueno

**CASE NUMBERS:** CR-895-91-F
CR-888-91-F

| TYPE OF CASE | HOURLY RATE | | | NUMBER OF COURT HOURS | AMOUNT |
|---|---|---|---|---|---|
| OUT OF COURT HOURLY RATE (Show detail of hours) | $40 | | | 38.75 | $1,550.00 |
| IN COURT HOURLY RATE (Show detail of hours) | 70 | | | 2.75 | 192.50 |
| | | | | | |
| INVESTIGATION/EXPERT TESTIMONY (with prior court approval attached) | | | | | |
| APPEALS AND WRITS - OUT OF COURT | 40 | | | | |
| - IN COURT | 70 | | | | |
| * NOTE: Total fee not to exceed $500.00 without prior court approval. Attach approval order. | | | TOTAL | 41.5 TOTAL | $1,742.50 |

DATES, TIME, AND TYPE OF WORK IN AND OUT OF COURT.

| DATE | TYPE OF WORK | IN COURT HOURS | OUT OF COURT HOURS |
|---|---|---|---|
| | See Attached Memorandum | | |
| | Total Hours In & Out of Court | 2.75 | 38.75 |

If additional space is needed, use continuation sheet.

## PERSONAL INFORMATION

**SOCIAL SECURITY NUMBER:** [redacted]
**TELEPHONE NUMBER:** [redacted]
**BAR CARD NUMBER:** 00966600
**MAILING ADDRESS:** [redacted] TH [redacted]

## CERTIFICATION

I, **Anibal J. Alaniz**, Attorney at Law, swear or affirm to the Court and to the County Auditor, that the information contained above is true and correct, and payment would not be contrary to the fee schedule adopted by the Board of Judges pursuant to Article 26.05 Code of Criminal Procedure effective September 1, 1987. I further swear or affirm that I have not received nor will I receive any other money or anything else of value for representing the accused, and I swear or affirm that I have not submitted duplicate time charges for the same hours charged in any other case.

## MEMORANDUM

DEFENDANT:       MIKE BUENO
                 CR-895-91-F
                 CR-888-91-F

| Date | Activity | Hours |
|---|---|---|
| 07/30/91 | Jail Conference | 2.5 |
| 08/02/91 | Reviewed State's File | 2.0 |
| 08/07/91 | Prepared Fact & Legal Summary | 2.5 |
| 08/14/91 | Legal Research (whether party liability has to be specified in the indictment) | 2.5 |
| 08/15/91 | Legal Research (felony-murder and party liability) | 3.75 |
| 08/16/91 | Prepared pre-trial motions (quash, discovery, jury punishment, probation, Brady, shuffle panel) | 4.5 |
| 08/19/91 | Filed motions and delivered to State | 1.5 |
| 08/20/91 | T/C to defendant's aunt (investigation) | 1.0 |
| 08/21/91 | T/C to prosecutor | 0.25 |
| 08/21/91 | Inspection of truck | 2.0 |
| 08/22/91 | Meeting with prosecutor | 2.25 |
| 08/22/91 | Jail Conference | 1.75 |
| 08/23/91 | Visit of accident scene; interviewed defendant's mother, brother, and Frank Casas (witness) | 3.75 |
| 08/29/91 | Meeting with co-counsel | 1.5 |
| 08/29/91 | Meeting with prosecutor and inspected physical evidence at sheriff's office | 1.75 |
| 09/05/91 | Jail Conference | 1.0 |
| 09/16/91 | Jail Conference | 1.0 |
| 09/24/91 | Jail Conference | 1.0 |
| 09/30/91 | Prepared additional pre-trial motions | 3.5 |
| 09/30/91 | Filed motions and delivered to State | 1.25 |

| Date | Event | Hours |
|---|---|---|
| 10/07/91 | Pre-trial hearing passed | 0.75 |
| 10/28/91 | Pre-trial hearing | 1.0 |
| 10/28/91 | Plea of guilty | 1.0 |