HIDALGO COUNTY ADULT PROBATION DEPARTMENT
P.O. Box 970 - 100 E. Cano
Edinburg, Texas  78540
512/318-2880


ADULT PROBATION DEPARTMENT

COURT SERVICES UNIT

MEMORANDUM


TO: __Diagnostic Center__   DATE: __January 13, 1991__

SUBJECT: __Sentencing Disposition__

DEFENDANT: __Mike Bueno__  DOB: __09-13-71__ POB: __McAllen, Texas__

A Presentence Investigation was completed on the above-named defendant on __12-11-91__ in Cause Number __CR-888-91-F__.
The above-named defendant was sentenced to __Ten (10) years__ TDC on __12-20-91__, by __332nd__ District Court Judge __Mario E. Ramirez, Jr.__


COMMENTS:

See attached Presentence Investigation Report.


Zita O. Obregon /pgl
Zita O. Obregon
Presentence Investigator
Court Service Unit


ZOO/pgl

HIDALGO COUNTY ADULT PROBATION DEPARTMENT
P.O. BOX 970 - 100 E. Cano
Edinburg, TX 78540
512-318-2880

PRESENTENCE INVESTIGATION REPORT

NAME: Mike Bueno         AKA: n/a

HOME NO.: none

PHYSICAL ADDRESS: ████████████

MAILING ADDRESS: ████████████

SEX: Male     NATIONALITY: Hispanic     DOB: ████     Age: 20

POB: McAllen, Texas     S.S. #: ████     D.L. #:

CITIZENSHIP: U.S.     ALIEN REG. #: n/a

DPS #: ████     FBI #:

EDUCATION (full text needed): G.E.D. - 1989

MARITAL STATUS (full text needed): Single     # of Children: -0-

CAUSE NO.: CR-888-91-F     COURT: 332nd

OFFENSE (full text needed): Theft o/$750.00 & u/$20,000.00

OFFENSE TYPE (full text needed): 3rd Degree (F)  OFFENSE DATE: 4-16-91

ARREST DATE: 4-18-91     PLEA DATE: 10-28-91     PLEA TYPE: Guilty

COURT/JURY VERDICT:

BOND: $25,000.00   CUSTODIAL STATUS: Defendant currently at Hidalgo County Jail since his arrest on 4-18-91. 247 days credit.

PENALTY RANGE: 2-10 years, fine not to exceed $5,000.00 DETAINERS: none

CO-DEFENDANTS: Mike Barrientes

DISTRICT ATTORNEY: Cregg Thompson     DEFENSE ATTORNEY: Anibal Alaniz & Mark Alexander

TENTATIVE SENTENCE DATE: 12-20-91     PSI Investigator: Zita O. Obregon

DATE COMPLETED: 12-11-91     DISPOSITION DATE: 12-20-91

DISPOSITION: 10 yr. TDC - Restitution $575

SENTENCING JUDGE: Honorable Mario Ramirez, Jr.

1

CONFIDENTIAL

OFFICIAL VERSION:

On April 17, 1991 at about 6:50 a.m, Mark Campbell noticed his 1989 Chevrolet Silverado Extended Cab pick-up missing from his driveway. He immediately reported the stolen vehicle to Mission P.D. Later that morning he was notified by the Sheriff's Department that his truck had been involved in an accident at Morningside Road and Nebraska in San Juan, Texas. He proceeded to said location where he identified his pick-up truck which was all smashed up. The driver of the truck was identified as Mike Bueno and passenger was identified as Mike Barrientes. Both individuals were fleeing from police officers when they struck a car which resulted in the death of Artemio Falcon Lopez. On 4-18-91, Justice of the Peace Rosa Trevino signed complaints against Mike Bueno for Murder and Theft o/$750.00 and u/$20,000.00 and warrants were issued for his arrest. On same date said warrants were executed by arresting Mike Bueno where he was taken before Justice of the Peace Rosa Trevino and bond set at $150,000.00 for the Murder charge and $25,000.00 for the Theft. Defendant was transported to the Hidalgo County Jail pending bond.

DEFENDANT'S VERSION:

Defendant reports that on 4-16-91 he and co-defendant, Mike Barrientes, were riding around Mission in his girlfriend's car when they both decided to steal a truck. They were riding on Briarwood Street when they saw a truck in the driveway. They parked about three blocks from where truck was located and then walked over to where truck was parked. Defendant broke the lock to the back window and went inside

2

CONFIDENTIAL

truck. Defendant turned on truck and drove truck out of driveway to where they had parked their car. Defendant got off truck and instructed Mike Barrientes to follow him to his girlfriend's house so he could drop off the car. After dropping off the car they both proceeded in the stolen truck to defendant's house on Alberta Road. After spending sometime at the defendant's house Mike Barrientes took the truck to his house in Edinburg, Texas.

STATEMENT OF INTERESTED PARTIES:

This P.O. met with defendant's mother, Juanita Thelma Watts, on 12-9-91. Ms. Watts expressed much sadness over defendant's involvements in the pending offenses. Ms. Watts feels sorry for her son but realizes that his association with negative peers placed him in this situation. She finds it especially difficult since defendant is her oldest child and feels that he should be an example to her other children. Ms. Watts believes that defendant can change if he is given another opportunity.

WEAPONS/VIOLENCE:

N/A

PRIOR RECORD:

JUVENILE COURT HISTORY:

| Date | Offense | Disposition |
|---|---|---|
| 05-22-82 | Theft | Warning |
| 07-25-84 | Burglary of Building | Voluntary Supervision 10-16-84. |
| 03-18-85 | Burglary of Vehicle | Judicial Probation |

3

CONFIDENTIAL

| Date | Offense | Disposition |
|---|---|---|
| 06-17-85 | Burglary of Building | Referred to D.A. |
| 07-01-85 | Burglary of Building | Referred to D.A. |
| 07-01-85 | Burglary of Building | Referred to D.A. |
| 07-24-85 | Burglary of Building | Referred to D.A. |
| 07-24-85 | Burglary of Building | Ramiro Guerra Youth Village Motion to Modify. |
| 07-25-85 | Burglary of Habitation | Ramiro Guerra Youth Village Motion to Modify 9-20-85. |
| 07-29-85 | Burglary of Building | Referred to D.A. |
| 08-12-85 | Burglary of Habitation | Ramiro Guerra Youth Village Motion to Modify. |
| 09-05-85 | Theft of Service | Referred to D.A. |
| 04-11-86 | Runaway | Ramiro Guerra Youth Village Weslaco, Texas |
| 04-25-86 | Runaway | Texas Youth Commission J-130-85-D on 5-23-86 |
| 08-14-88 | Burglary of Building Edinburg P.D. | Returned to Texas Youth Commission. |

Note: As a juvenile defendant had an extensive list of prior felony arrests. Defendant had several placements at the Ramiro Guerra Youth Village in Weslaco, Texas and according to juvenile records these placements proved to be futile due to defendant's constant running away. On 4-25-86 defendant was committed to the custody, care and control of the Texas Youth Commission. While under their care defendant was paroled on two different occasions and returned to their custody on two different occasions due to subsequent arrests. On 11-10-89 defendant was discharged from the custody of the Texas Youth Commission.

ADULT MISDEMEANOR COURT HISTORY:

| Date | Offense | Disposition |
|---|---|---|
| 01-31-89 | Possession of Marijuana u/2 oz Pharr P.D. | Returned to Texas Youth Commission. |
| 03-12-90 | Unlawfully Carrying A Weapon Pharr P.D. | CR-861-84-D $300.00 fine/ 30 days Jail/1 year Probation. Revoked on 5-2-91 - 15 days Hidalgo County Jail. |

4

CONFIDENTIAL

| | | |
|---|---|---|
| 07-18-90 | Evading Arrest<br>Pharr P.D. | Pending. CR-880-79-C |
| 01-04-91 | Evading Arrest<br>Edinburg P.D. | No disposition. |

ADULT FELONY COURT HISTORY:

| | | |
|---|---|---|
| 06-15-90 | Criminal Mischief<br>o/$750.00 & u/$20,000.00<br>Pharr P.D. | Defendant pled guilty on CR-132-91-F on 10-28-91. Presentence Investigation ordered. |
| 04-18-91 | Murder<br>Hidalgo County<br>Sheriff's Office | Defendant pled guilty on CR-895-91-F on 10-28-91. Presentence Investigation ordered. |
| 04-18-91 | Theft o/$750.00<br>u/$20,000.00<br>Hidalgo County<br>Sheriff's Office | Defendant pled guilty on CR-888-91-F. Presentence Investigation ordered. |

MILITARY COURT HISTORY:

   N/A


PERSONAL HISTORY:

   Defendant is a 20 year old hispanic single male born to Jose Maria Bueno and Juanita Thelma Watts on September 13, 1971 in McAllen, Texas. Defendant is the oldest of seven children born to this union. Defendant's parents have been divorced since 1980. Defendant's father's whereabouts are unknown but is believed to be in Idaho with his parents. Ms. Watts informed this P.O. that her ex-husband spent time in the penitentiary for an unknown offense. Since then Mr. Bueno has not communicated nor contributed to the support of their children. Ms. Watts is currently under Section 8 and receives free housing along with $57.00 for utilities. She also receives $284.00 A.F.D.C. and $393.00 in

5

CONFIDENTIAL

Food Stamps. Ms. Watts and six of her children including the defendant, reside in a four bedroom, two bath brick house which is located at 2009 Woodstone Dr. in Edinburg, Texas. The living room is well furnished but reports that she lacks furniture for her kitchen and bedroom.

The defendant attended the Edinburg School District up until ninth grade and then later went on to obtain his G.E.D. in 1989 while in the custody of the Texas Youth Commission. While at T.Y.C. the defendant received training and obtained several certificates in welding. Upon his release from T.Y.C. the defendant was hired at the Texas Employment Commission from January, 1990 to June, 1990 where he worked as a filing clerk under the JTPA Program.

The defendant admits to abusing alcohol, cocaine and marihuana on a weekly basis since the age of fourteen, yet never received help. No urinalysis was taken on defendant since he is currently incarcerated at the Hidalgo County Jail.

VICTIM IMPACT STATEMENT:

On 12-10-91 this P.O. spoke to Mr. Mike Campbell who expressed much anger towards both defendants' actions. He strongly believes that they need to be punished and required to pay restitution, either through jail time or through financial means. He indicated that he felt very disturbed for the deceased family since it was his truck that was involved in the accident. Mr. Campbell stated that the defendants need to be taken out of the streets before they do it again.

The following is a list of damages and losses reported by Mr. Mike Campbell.

CONFIDENTIAL

| | Item | Value | Amount Pd. By Ins. | Net Loss |
|---|---|---|---|---|
| 1. | 1989 Chevrolet Silverado Extended Cab Pick-up | $13,275.00 | $13,275.00 | -0- |
| 2. | Keys, Camera 1959 Corvette Generator | $ 650.00 | $ 400.00 | $ 250.00 |
| 3. | $250.00 Cash | $ 250.00 | $ 100.00 | $ 150.00 |
| 4. | Rental Car Express | $ 320.00 | $ 320.00 | -0- |
| 5. | Replacement of Keys and locks at Business | $ 175.00 | -0- | $ 175.00 |
| | TOTAL | $14,670.00 | $14,095.00 | $ 575.00 |

SUPERVISION PLAN:

REHABILITATIVE PLAN:

In the event that this honorable court grants the defendant probation the Adult Probation Department recommends the following special conditions:

1. As a sentencing alternative and in lieu of incarceration in the Institutional Division of the Texas Department of Criminal Justice the defendant is hereby committed to the Hidalgo County Adult Probation Department Restitution Center located at 207 E. Loeb in Edinburg, Texas, for a period not more than twelve (12) months commencing on the _____ day of _____, 19_____. The defendant shall remain committed to the Restitution Center, cooperate fully with the program and abide by all the rules of the Center until released by order of the Court.

2. The defendant shall complete __300__ hours of Community Service Restitution of which at least 200 hours shall be completed during his commitment at the Hidalgo County Adult Probation Department Restitution Center.

CONFIDENTIAL

3.  As part of a continuum of sanctions the Court orders the defendant to participate fully in the Intensive Supervision Probation Program for a period not to exceed one year after being successfully released from the Restitution Center Program. The defendant shall report in person to the Intensive Supervision Probation Officer at the Hidalgo County Adult Probation Office, 100 E. Cano St., Edinburg, Texas on each and every Wednesday commencing the first Wednesday after being released from the Restitution Center Program and every Wednesday thereafter.

4.  The defendant is required to actively participate and complete the Intensive Outpatient Treatment Program for drug/alcohol abuse sponsored by the Tropical Texas Center for Mental Health and Mental Retardation in Edinburg, Texas commencing instanter. While in this program, defendant shall submit to periodic urinalysis, psychological and/or psychiatric testing, evaluation, and/or treatment and family, group and/or individual counseling unless ordered differently by the Court.

5.  Submit to random urinalysis by authorized personnel of the Hidalgo County Adult Probation.

7.  Avoid bars, taverns, "cantinas", lounges, pool halls and all establishments whose primary business or source of income is the selling or distribution of alcoholic beverages.

9.  That the defendant is to avoid the use and or abuse of any and all alcoholic beverages or mind altering drugs during the entire period of probation.

38. Pay Restitution in the amount of __$287.50__, payable at the rate of __$20.00__ per month, commencing _____, and a like payment to be paid on the _____ day of each succeeding month until paid in full, said payments to be made through the Hidalgo County Adult Probation Office, 100 E. Cano St., Edinburg, Texas.

PAYMENT PLAN:

DISPOSITION:

Defendant will be sentenced on December 20, 1991.

8

CONFIDENTIAL

Respectfully submitted,

JUAN D. MEJIA, DIRECTOR
ADULT PROBATION DEPARTMENT
HIDALGO COUNTY, TEXAS

Zita O. Obregon
Presentence Investigator
Court Service Unit

DATE SUBMITTED:   December 12, 1991

APPROVED:

Esteban Trevino
Felony Section Supervisor

pgl

CONFIDENTIAL